

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se* Office

**To:**  Docketing Unit

*pm*

**From:** R. Marmolejos, *Pro Se* Office, x0177

**Date:** March 29, 2010

**RE:**  <u>Bates v. Vernon Mason,</u>   CASE #: 1:10-cv-00889-RPP
<u>Lewis, et al v. Pataki, et al,</u> CASE #: 1:02-cv-01518-MBM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/29/10

---
*PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET*
---

Bennie Bates
2569 7th Ave # Apt - 17K
ACP Jr. Blvd
New York, N.Y. 10039

CA

RECEIVED
PRO SE OFFICE
2010 MAR 25 P 3:05

3/23/2010

Dear Pro Se Clerk, M Santiago,

I Bennie Bates still await a docket # no-number.

My address has changed to
2569 7th Ave # Apt-17K
ACP Jr. Blvd
New York, NY. 10039

I'm released from Prison 3/25/2010.

I paid the Court filing fee of $350.00

Please let me know the status. All mail should be forwarded to the above address. Thank You for your time and concern.

Sincerely
Bennie Bates